# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

ANGEL GARRETT                )

                          )

            Plaintiff,        )

                          )

v.                        )       Case No.  2:19-cv-04203-MDH

                          )

RUTTER AND SLEETH LAW     )

OFFICES, BRIAN D. SLEETH AND  )

JAMES RUTTER             )

                          )

            Defendants.    )

## ORDER ON PLAINTIFF'S MOTION TO BE EXCUSED FROM SECOND COURT ORDERED MEDIATION

Before the Court is Plaintiff's Motion to Be Excused from Second Court Ordered Mediation (Doc. 66). The Motion is **DENIED**. The Court notes that both parties will incur added reasonable attorney fees if trial is necessary in this case. In addition, the parties are reminded that if Plaintiff prevails, Defendants will face an award that will include Plaintiff's attorney's fees.

**IT IS SO ORDERED.**

Dated: November 12, 2020                    */s/ Douglas Harpool*

                                         **DOUGLAS HARPOOL**

                                         **United States District Judge**